# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WEBBER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 18cv864 JM(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT CAPITAL ONE BANK (USA), N.A.'S TIME TO RESPOND TO COMPLAINT** |

This Court has reviewed the Joint Motion (Doc. No. 3) submitted by Plaintiff Stephen Webber ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One") to extend Capital One's time to respond to Plaintiff's Complaint in the above entitled action. Pursuant to the Joint Motion, the Court orders as follows:

Good cause having been shown, Capital One shall file its responsive pleading to Plaintiff's Complaint *on or before May 25, 2018*.

**IT IS SO ORDERED.**

DATED: May 9, 2018

                                                                             Jeffrey T. Miller,
                                                                             United States District Judge